IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 24-3037-01-CR-S-MDH |
|---|---|
| Plaintiff, | **COUNT 1** |
| v. | 42 U.S.C. § 1320d-6(a)(2), (a)(3), and (b)(3) |
|  | NMT 10 Years Imprisonment |
| **CHANTE FALCON,** | NMT $250,000 Fine |
| [DOB: 12/16/1959] 9/17/1994, | NMT 3 Years Supervised Release |
| Defendant. | Class C Felony |
|  | $100 Special Assessment |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Between on or about December 12, 2022, through March 23, 2023, said dates being approximate, in Greene County, Missouri, within the Western District of Missouri, and elsewhere, the defendant, **CHANTE FALCON**, knowingly and without authorization obtained and disclosed individually identifiable health information relating to another individual and person, A.W., and maintained by a covered entity, Hospital-1, with intent to transfer and use such information for commercial advantage, personal gain, or malicious harm, in violation of Title 42, United States Code, Section 1320d-6(a)(2), (a)(3), and (b)(3).

Respectfully submitted,

TERESA A. MOORE
United States Attorney

/s/ Patrick C.
PATRICK A. N. CARNEY
Assistant United States Attorney

DATED: 3/25/2024
Springfield, Missouri